THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JESUS ELDON ARAGON,<br><br>    Plaintiff,<br><br>v.<br><br>LONNNIE COLLINGS, an individual, BRIAN DANIELSON, an individual, and DOES 1–10,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [162] REPORT AND RECOMMENDATION**<br><br>Case No. 2:18-cv-00620-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

The Report and Recommendation issued by United States Magistrate Judge Daphne A. Oberg on April 25, 2022 recommends that the district judge grant the plaintiff's Rule 56(d) motion and deny without prejudice the defendants' motion for summary judgment.[1] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service.[2] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation is adopted.

---

[1] Report and Recommendation at 6, ECF No. 101, filed April 25, 2022.
[2] *Id.*

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Plaintiff's Rule 56(d) motion is GRANTED. Defendants' motion for summary judgment is DENIED WITHOUT PREJUDICE.

Signed May 26, 2022.

BY THE COURT

~~David~~ Barlow
United States District Judge